**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Southern District of New York

# Voluntary Petition

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**IAME GROUP LTD.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA INSTITUTE FOR ADVANCED MEDICAL EDUCATION** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**13-386522** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**27 Brookridge Court**<br>**Rye Brook, NY**<br>ZIP Code **10573** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**54 Hearthstone Lane South**<br>**South Londonderry, VT**<br>ZIP Code **05155** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**IAME GROUP LTD.**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **Southern District of New York** | Case Number: **08-23860** | Date Filed: **12/22/08** |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **IAME GROUP LTD.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Dawn Kirby Arnold**
Signature of Attorney for Debtor(s)

**Dawn Kirby Arnold**
Printed Name of Attorney for Debtor(s)

**Rattet, Pasternak & Gordon-Oliver, LLP**
Firm Name

**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**

Address

**(914) 381-7400  Fax: (914) 381-7406**
Telephone Number

**June 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Irwin Kuperberg**
Signature of Authorized Individual

**Irwin Kuperberg**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 29, 2010**
Date

# United States Bankruptcy Court
## Southern District of New York

In re **IAME GROUP LTD.**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 29, 2010**

**/s/ Irwin Kuperberg**  
**Irwin Kuperberg**/**President**  
Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

ADRONIKI ALAHOUZO
MARRIOTT INTERNATIONAL, INC.
MARRIOTT DRIVE,DEPT. 59/923.21
WASHINGTON, DC 20058

AMEICAN ACADEMY OF MEDICINE NY
1216 FIFTH AVENUE
NEW YORK, NY 10029

AT&T
1 ATT WAY
BEDMINSTER, NJ 07921

BROADVIEW NETWORKS
500 7TH AVENUE
2ND FLOOR
NEW YORK, NY 10018

BROADVIEW NETWORKS
C/O CREDIT CLEARING HOUSE, INC
925 WESTCHESTER AVENUE, STE101
WHITE PLAINS, NY 10604

CAPITAL ONE, NATIONAL ASSOC.
P.O. BOX 829009
DALLAS, TX 75382

CAPITAL ONE, NATIONAL ASSOC.
C/O HILARY B. BONIAL, ESQ.
9441 LBJ FREEWAY, STE 350
DALLAS, TX 75206

CAPITAL ONE, NATIONAL ASSOC.
C/O JOSEPH CONO SAVINO, ESQ.
225 OLD COUNTRY ROAD
MELVILLE, NY 11747-2712

CAPRICE ASSOCIATES
14 ELM PLACE
P.O. BOX 10583
RYE, NY 10573

CHICAGO MARRIOTT DOWNTOWN
MARRIOTT BUSINESS SERVICES
1965 MARRIOTT DRIVE
LOUISVILLE, TX 77777

FAIRMONT HOTELS & RESORTS
CANADA PACIFIC TOWER
100 WELLINGTOWN ST. W, STE 16
MIAMI, FL 33180

HEARTHSTONE VILLAGE LTD.
3996 ROUTE 100
P.O. BOX 2116
SOUTH LONDONDERRY, VT 05155


IC BUCKHEAD
3315 PEACHTREE ROAD
ATLANTA, GA 30326


INTERNAL REVENUE SERVICE
11601 ROOSEVELT BLVD.
P.O. BOX 21126
PHILADELPHIA, PA 19114


IRWIN KUPERBERG
P.O. BOX 2062
SOUTH LONDONDERRY, VT 05155


IRWIN KUPERBERG
27 BROOKRIDGE COURT
RYE, NY 10573


LAZER APTHEKER ROSELLA ET AL.
MELVILL LAW CENTER
225 OLD COUNTRY ROAD
MELVILLE, NY 11747-2712


MANDALAY BAY RESORT & CASINO
ATTN: CREDIT DEPT.
3950 SOUTH LAS VEGAS BLVD.
LAS VEGAS, NV 89119


MANOR VAIL LODGE
595 EAST VAIL VALLEY DRIVE
VAIL, CO 81657


MOSES & SINGER, LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174


NEOPOST INC.
P.O. BOX 45822
SAN FRANCISCO, CA 94145


NEOPOST, INC.
P.O. BOX 45822
SAN FRANCISCO, CA 94145


NYC DEPARTMENTOF OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719

NYS DEPARTMENT OF LABOR  
WHITE PLAINS DISTRICT OFFICE  
120 BLOOMINDALE ROAD-ROOM 230  
WHITE PLAINS, NY 10605


NYS DEPARTMENT OF TAX & FINANC  
BANKRUPTCY/SPECIAL PROCEDURES  
P.O. BOX 5300  
ALBANY, NY 12205-0300


NYS DEPT OF TAX & FINANCE  
BANKRUPTCY UNIT BLDG 8 RM 445  
W.A. HARRIMAN STATE CAMPUS  
ALBANY, NY 12227


OFFICE OF THE US TRUSTEE  
SOUTHERN DISTRICT OF NEW YORK  
33 WHITEHALL STREET, 21ST FLR  
NEW YORK, NY 10004


PENSION BENEFIT GUARANTY CORP.  
1200 K STREET NW, STE 340  
ATTN: SARA EAGLE, ESQ.  
WASHINGTON, DC 20005


THE HARTFORD  
301 WOODS PARK DRIVE  
CLINTON, NY 13323


THE NEW YORK ACADEMY  
OF MEDICINE ATTN MICHAEL WOLFE  
1216 FIFTH AVENUE, ROOM 600  
NEW YORK, NY 10029


THE WESTIN CHICAGO RIVER NORTH  
320 NORTH DEARBORN STREET  
CHICAGO, IL 60610


THE YALE CLUB  
50 VANDERBILT AVENUE  
NEW YORK, NY 10017


UNITED PARCEL SERVICE  
P.O. BOX 650580  
DALLAS, TX 75265-0580


UNITED PARCEL SERVICE  
C/O RMS BANKRUPTCY RECOVERY SE  
P.O. BOX 5126  
LUTHERVILLE TIMONIUM, MD 21094

VENETIAN RESORT AND CASINO
3355 LAS VEGAS BLVD.SOUTH
LAS VEGAS, NV 89109


VERIZON
P.O. BOX 15124
ALBANY, NY 12212-5124


WACHOVIA BANK NAT'L ASSOC.
C/O LISA L. WALLACE, ESQ.
145 HUGUENOT ST., STE 499
NEW ROCHELLE, NY 10801


WACHOVIA BANK, NATIONAL ASSOC.
P.O. BOX 13765, MC VA 7359
ROANOKE, VA 24037-3765


WESTIN BUCKHEAD
3391 PEACH TREE ROAD NE
ATLANTA, GA 30326


WYNN LAS VEGAS
3131 LAS VEGAS BLVD. S
LAS VEGAS, NV 89109